# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2023

## NO. 03-22-00113-CV

**Jerry Lavone Lively Jr., Appellant**

**v.**

**Michelle Anne Lively, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA, AND THEOFANIS
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on March 7, 2022. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.